1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LEAGUE TO SAVE LAKE TAHOE
     and SIERRA CLUB,
11
              Plaintiffs,
12                                          NO. CIV. S-08-2828 LKK/GGH
          v.
13
     TAHOE REGIONAL PLANNING
14   AGENCY,                                     O R D E R

15            Defendant.
     _____/
16

17        The above-captioned case is an action brought by the Sierra

18   Club and the League to Save Lake Tahoe, challenging the decision

19   of the Governing Board of the Tahoe Regional Planning Agency

20   ("TRPA"), to amend the "Regional Plan" so as to permit the

21   development of piers, buoys, boat ramps and boat slips within "Lake

22   Tahoe's Shorezone."  The complaint alleges that this development

23   will increase the discharge of pollutants into Lake Tahoe,

24   threatening its famed clarity, in violation of the Tahoe Regional

25   Planning Compact ("Compact"), the rules governing TRPA's actions,

26   state environmental law and federal environmental law.

                                     1

1    The court is in receipt of the plaintiffs' notice that the

2  above-captioned case is related to <u>Sierra Club v. TRPA</u>, 2:12-cv-44-

3  WBS-CKD, brought by the Sierra Club and Friends of the West Shore

4  against TRPA and Placer County entities.  That case challenges the

5  decision of TRPA to amend the Tahoe Regional Plan so as to permit

6  the expansion of Homewood Mountain Resort from 25,000 square feet

7  to over 1 million square feet, and the decision of the Placer

8  County defendants to adopt a plan to permit this expansion.  The

9  complaint alleges that this expansion will bring new homes, cars,

10 tourist accommodations, and bulky structures to the area, thus

11 polluting the air and water, and threatening the area's famed calm,

12 rustic and scenic character, all in violation of the Compact, the

13 rules governing TRPA's actions, and state environmental law.

14    Plaintiff's Notice of Related Cases highlights the common

15 parties and the laws common to both cases, and the fact that both

16 cases involve amendments to the Regional Plan.

17    TRPA, and the Real Parties in Interest in the 2:12-cv-44 case,

18 oppose the Notice of Related Cases.  Defendants highlight the non-

19 common parties, the different laws involved, and the fact that the

20 cases involve different development plans and different amendments

21 to the Regional Plan.

22    After review of the cases, the court concludes that the above

23 captioned case, 2:08-cv-2828-LKK-GGH, is not related to  2:12-cv-

24 44-WBS-CKD within the meaning of E.D. Cal. R. 123(a), and the court

25 therefore **DECLINES** to relate them.

26 ////

1    IT IS SO ORDERED.

2    DATED:  January 30, 2012.

3

4

5    _____
     LAWRENCE K. KARLTON
6    SENIOR JUDGE
     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26