# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, and BOARD OF SUPERVISORS OF THE COURT OF PLACER,<br><br>Defendants.<br><br>HOMEWOOD VILLAGE RESORTS, LLC and JMA VENTURES, LLC,<br><br>Defendants and<br>Real Parties in Interest. | Civil Case No.: 2:12-cv-00044-WBS-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE FROM TAHOE REGIONAL PLANNING AGENCY'S ADMINISTRATIVE RECORD AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Date: July 30, 2012**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 5**<br>**Judge: Hon. William B. Shubb** |

/ / /

/ / /

/ / /

/ / /

---

Pursuant to L.R. Civ. 143 and 144, this Stipulation is entered into by and between Plaintiffs Sierra Club and Friends of the West Shore; Defendant Tahoe Regional Planning Agency ("TRPA"); Defendants County of Placer and Board of Supervisors of the County of Placer (collectively "County"); and Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC (collectively "Homewood"):

WHEREAS, on April 6, 2012, the County lodged its Administrative Record for the Homewood Mountain Resort Ski Area Master Plan Project ("project") County approvals challenged in this action;

WHEREAS, on April 17, 2012, the Court issued a Status (Pretrial Scheduling) Order, which included a Motion Hearing Schedule setting deadlines for TRPA to lodge its administrative record for the project, motions regarding the administrative record, and cross-motions for summary judgment. The Court also set a November 14, 2012 hearing on cross-motions for summary judgment. Doc. No. 26 ["Status (Pretrial Scheduling) Order"];

WHEREAS, on May 15, 2012, TRPA lodged its administrative record consisting of materials that it had compiled, as well as the County's administrative record, which it incorporated by reference;

WHEREAS, Plaintiffs objected to TRPA's incorporation by reference of the County's administrative record, and on June 5, 2012, filed a motion entitled "Motion to Exclude Extra-Record Evidence from Tahoe Regional Planning Agency's Administrative Record" (Doc. No. 28 ["Motion to Exclude"]) requesting that the Court order TRPA to specifically identify which documents in the County's record were actually a part of the record that was before TRPA when it approved the project;

WHEREAS, on June 25, 2012, Plaintiffs filed an ex parte application requesting the Court to extend the deadline for Plaintiffs' Motion for Summary Judgment until 30 days after resolution of the Motion to Exclude, *i.e.,* 30 days after Plaintiffs' receipt of TRPA's revised record or index (Doc. No. 29 ["Application"]);

1

STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
NO.: 2:12-CV-00044-WBS-CKD

WHEREAS, on June 27, 2012, TRPA, the County, and Homewood filed oppositions to Plaintiffs' Application; Doc. Nos. 30, 32, and 33;

WHEREAS, on June 29, 2012, the Court issued an order granting Plaintiffs' Application and stating that the Court would determine the deadline for Plaintiffs' motion for summary judgment after it ruled on Plaintiffs' Motion to Exclude. Doc. No. 35 ["Application Order"];

WHEREAS, on June 29, 2012, without conceding whether its incorporation by reference of the County's administrative record was proper, TRPA provided Plaintiffs with a supplemental index listing the documents in the County's Administrative Record that were not considered by TRPA in approving the project and need not be incorporated into TRPA's administrative record, as requested in Plaintiffs' Motion to Exclude;

WHEREAS, the parties met and conferred regarding the TRPA's supplemental index and the parties agree that the TRPA portion of the administrative record and the remaining documents in the County's administrative record (excluding the documents from the County's administrative record identified in TRPA's supplemental index) constitute TRPA's administrative record;

WHEREAS, the parties agree the issues raised in Plaintiffs' Motion to Exclude have been resolved;

WHEREAS, the July 30 hearing on the Motion to Exclude is no longer needed, except to obtain a new briefing schedule, as Plaintiffs no longer have an opening brief deadline;

WHEREAS, the parties wish to agree to a briefing schedule without resort to the July 30 hearing, and Defendants wish to preserve a hearing on the cross-motions for summary judgment this year;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. TRPA's Administrative Record shall be composed of the documents separately submitted by TRPA and all documents in the County's administrative record excluding those documents identified in the index attached hereto as Exhibit A.

2

2. Plaintiffs' Motion to Exclude Extra-Record Evidence from Tahoe Regional Planning Agency's Administrative Record (Doc. No. 28) currently set for hearing on July 30, 2012 is withdrawn.

3. Plaintiffs shall file their motion for summary judgment no later than August 9, 2012.

4. Defendants shall file their cross-motions for summary judgment and oppositions to plaintiffs' motion for summary judgment no later than September 7, 2012.

5. Plaintiffs shall file their reply to defendants' oppositions to the motion for summary judgment and oppositions to cross-motions for summary judgment no later than October 5, 2012.

6. Defendants shall file their replies to plaintiffs' oppositions to cross-motions for summary judgment no later than October 26, 2012.

7. The parties shall lodge the joint appendix, which shall include hard copies of excerpts of those portions of the record cited in support of the parties' cross motions for summary judgment, with the Court no later than October 30, 2012.

8. In the event the Court determines it needs additional time to prepare for hearing the cross-motions for summary judgment, the parties stipulate and request that the Court continue the November 14, 2012 hearing to any time the week of November 26, 2012 or December 3, 2012, or the earliest court date available at the Court's discretion.

Dated: July 11, 2012                                Respectfully submitted,

/s/ Howard F. Wilkins III
WHITMAN F. MANLEY, State Bar No. 130972
HOWARD F. WILKINS III, State Bar No. 203083
Remy Moose Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
wmanley@rmmenvirolaw.com
cwilkins@rmmenvirolaw.com
*Counsel for Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC*

3

s/ Wendy S. Park (as authorized on 7/11/12)
TRENT W. ORR, State Bar No. 77656
WENDY S. PARK, State Bar No. 237331
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
torr@earthjustice.org
wpark@earthjustice.org
*Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

MICHAEL LOZEAU, State Bar No. 142893
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
michael@lozeaudrury.com
*Counsel for Plaintiff Friends of the West Shore*

/s/ Andrew B. Sabey (as authorized on 7/11/12)
JOHN L. MARSHALL, State Bar No. 145570
SCOTT LICHTIG, State Bar No. 243520
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline, Nevada 89449
Telephone: (775) 588-4547
Facsimile: (775) 588-4527
jmarshall@trpa.org
slichtig@trpa.org

ANDREW B. SABEY, State Bar No. 160416
SCOTT B, BIRKEY, State Bar No. 209981
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, California 94104-1513
Telephone: (415) 262-5100
Facsimile: (415) 262-5199
asabey@coxcastle.com
sbirkey@coxcastle.com

*Counsel for Defendant Tahoe Regional Planning Agency*

/s/ Karin E. Schwab (as authorized on 7/11/12)
VALERIE D. FLOOD, State Bar No. 126639

4

KARIN E. SCHWAB, State Bar No. 157779
Placer County Counsel's Office
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
VFlood@placer.ca.gov
KSchwab@placer.ca.gov

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

5

**ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing, it is ORDERED as follows:

1. TRPA's Administrative Record shall be composed of the documents separately submitted by TRPA and all documents in the County's administrative record excluding those documents identified in the index attached hereto as Exhibit A.

2. Plaintiffs' Motion to Exclude Extra-Record Evidence from Tahoe Regional Planning Agency's Administrative Record" (Doc. No. 28) is withdrawn and the July 30, 2012 hearing is vacated.

3. Plaintiffs shall file their motion for summary judgment no later than August 9, 2012.

4. Defendants shall file their cross-motions for summary judgment and oppositions to plaintiffs' motion for summary judgment no later than September 7, 2012.

5. Plaintiffs shall file their reply to defendants' oppositions to the motion for summary judgment and oppositions to cross-motions for summary judgment no later than October 5, 2012.

6. Defendants shall file their replies to plaintiffs' oppositions to cross-motions for summary judgment no later than October 26, 2012.

7. The parties shall lodge the joint appendix, which shall include hard copies of excerpts of those portions of the record cited in support of the parties' cross motions for summary judgment, with the Court no later than October 30, 2012.

8. The hearing on the cross-motions for summary judgment shall be continued from November 14, 2012 at 9:00 a.m. to December 5, 2012 at 9:00 a.m.

9. Except as ordered herein the Status (Pretrial Scheduling) Order remains in place.

**IT IS SO ORDERED**.

DATED: July 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on July 11, 2012, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Howard F. Wilkins III
HOWARD F. WILKINS III, State Bar No. 203083
Remy Moose Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rmmenvirolaw.com

Attorneys for Defendants and Real Parties in Interest
HOMEWOOD VILLAGE RESORTS, LLC and
JMA VENTURES, LLC

7

STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT
NO.: 2:12-CV-00044-WBS-CKD