1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

10

11

12

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE, | ) Civil Case No.: 2:12-cv-00044-WBS-CKD |
| | ) |
| Plaintiffs, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER WITHDRAWING** |
| v. | ) **PLAINTIFFS' MOTION TO** |
| | ) **EXCLUDE EXTRA-RECORD** |
| TAHOE REGIONAL PLANNING AGENCY, | ) **EVIDENCE FROM TAHOE** |
| COUNTY OF PLACER, and BOARD OF | ) **REGIONAL PLANNING** |
| SUPERVISORS OF THE COURT OF PLACER, | ) **AGENCY'S ADMINISTRATIVE** |
| | ) **RECORD AND SETTING** |
| Defendants. | ) **BRIEFING SCHEDULE FOR** |
| | ) **CROSS-MOTIONS FOR** |
| HOMEWOOD VILLAGE RESORTS, LLC and | ) **SUMMARY JUDGMENT** |
| JMA VENTURES, LLC, | ) |
| | ) |
| Defendants and | ) **Date: July 30, 2012** |
| Real Parties in Interest. | ) **Time: 2:00 p.m.** |
| | ) **Place: Courtroom 5** |
| | ) **Judge: Hon. William B. Shubb** |

13

14

15

16

17

18

19

20

21

22

23

24

25 / / /

26 / / /

27 / / /

28 / / /

---

*STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT*
NO.: 2:12-CV-00044-WBS-CKD

1    Pursuant to L.R. Civ. 143 and 144, this Stipulation is entered into by and between

2    Plaintiffs Sierra Club and Friends of the West Shore; Defendant Tahoe Regional Planning Agency

3    ("TRPA"); Defendants County of Placer and Board of Supervisors of the County of Placer

4    (collectively "County"); and Defendants and Real Parties in Interest Homewood Village Resorts,

5    LLC and JMA Ventures, LLC (collectively "Homewood"):

6    WHEREAS, on April 6, 2012, the County lodged its Administrative Record for the

7    Homewood Mountain Resort Ski Area Master Plan Project ("project") County approvals

8    challenged in this action;

9    WHEREAS, on April 17, 2012, the Court issued a Status (Pretrial Scheduling) Order,

10   which included a Motion Hearing Schedule setting deadlines for TRPA to lodge its administrative

11   record for the project, motions regarding the administrative record, and cross-motions for summary

12   judgment.  The Court also set a November 14, 2012 hearing on cross-motions for summary

13   judgment.  Doc. No. 26 ["Status (Pretrial Scheduling) Order"];

14   WHEREAS, on May 15, 2012, TRPA lodged its administrative record consisting of

15   materials that it had compiled, as well as the County's administrative record, which it incorporated

16   by reference;

17   WHEREAS, Plaintiffs objected to TRPA's incorporation by reference of the County's

18   administrative record, and on June 5, 2012, filed a motion entitled "Motion to Exclude Extra-

19   Record Evidence from Tahoe Regional Planning Agency's Administrative Record" (Doc. No. 28

20   ["Motion to Exclude"]) requesting that the Court order TRPA to specifically identify which

21   documents in the County's record were actually a part of the record that was before TRPA when it

22   approved the project;

23   WHEREAS, on June 25, 2012, Plaintiffs filed an ex parte application requesting the Court

24   to extend the deadline for Plaintiffs' Motion for Summary Judgment until 30 days after resolution

25   of the Motion to Exclude, *i.e.,* 30 days after Plaintiffs' receipt of TRPA's revised record or index

26   (Doc. No. 29 ["Application"]);

27

28
                                                    1

1    WHEREAS, on June 27, 2012, TRPA, the County, and Homewood filed oppositions to

2  Plaintiffs' Application; Doc. Nos. 30, 32, and 33;

3    WHEREAS, on June 29, 2012, the Court issued an order granting Plaintiffs' Application

4  and stating that the Court would determine the deadline for Plaintiffs' motion for summary

5  judgment after it ruled on Plaintiffs' Motion to Exclude. Doc. No. 35 ["Application Order"];

6    WHEREAS, on June 29, 2012, without conceding whether its incorporation by reference of

7  the County's administrative record was proper, TRPA provided Plaintiffs with a supplemental

8  index listing the documents in the County's Administrative Record that were not considered by

9  TRPA in approving the project and need not be incorporated into TRPA's administrative record, as

10  requested in Plaintiffs' Motion to Exclude;

11    WHEREAS, the parties met and conferred regarding the TRPA's supplemental index and

12  the parties agree that the TRPA portion of the administrative record and the remaining documents

13  in the County's administrative record (excluding the documents from the County's administrative

14  record identified in TRPA's supplemental index) constitute TRPA's administrative record;

15     WHEREAS, the parties agree the issues raised in Plaintiffs' Motion to Exclude have  been

16  resolved;

17    WHEREAS, the July 30 hearing on the Motion to Exclude is no longer needed, except to

18  obtain a new briefing schedule, as Plaintiffs no longer have an opening brief deadline;

19    WHEREAS, the parties wish to agree to a briefing schedule without resort to the July 30

20  hearing, and Defendants wish to preserve a hearing on the cross-motions for summary judgment

21  this year;

22    NOW, THEREFORE, the parties hereby stipulate and agree as follows:

23  1.  TRPA's Administrative Record shall be composed of the documents separately submitted

24     by TRPA and all documents in the County's administrative record excluding those

25     documents identified in the index attached hereto as Exhibit A.

26

27

28

*STIPULATION  AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND
SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT*
NO.: 2:12-CV-00044-WBS-CKD

1   2.   Plaintiffs' Motion to Exclude Extra-Record Evidence from Tahoe Regional Planning

2       Agency's Administrative Record (Doc. No. 28) currently set for hearing on July 30, 2012 is

3       withdrawn.

4   3.   Plaintiffs shall file their motion for summary judgment no later than August 9, 2012.

5   4.   Defendants shall file their cross-motions for summary judgment and oppositions to

6       plaintiffs' motion for summary judgment no later than September 7, 2012.

7   5.   Plaintiffs shall file their reply to defendants' oppositions to the motion for summary

8       judgment and oppositions to cross-motions for summary judgment no later than October 5,

9       2012.

10  6.   Defendants shall file their replies to plaintiffs' oppositions to cross-motions for summary

11      judgment no later than October 26, 2012.

12  7.   The parties shall lodge the joint appendix, which shall include hard copies of excerpts of

13      those portions of the record cited in support of the parties' cross motions for summary

14      judgment, with the Court no later than October 30, 2012.

15  8.   In the event the Court determines it needs additional time to prepare for hearing the cross-

16      motions for summary judgment, the parties stipulate and request that the Court continue the

17      November 14, 2012 hearing to any time the week of November 26, 2012 or December 3,

18      2012, or the earliest court date available at the Court's discretion.

19  Dated:  July 11, 2012                    Respectfully submitted,

20                                            /s/ Howard F. Wilkins III
                                             WHITMAN F. MANLEY, State Bar No. 130972
21                                           HOWARD F. WILKINS III, State Bar No. 203083
                                             Remy Moose Manley, LLP
22                                           455 Capitol Mall, Suite 210
                                             Sacramento, CA 95814
23                                           Telephone: (916) 443-2745
                                             Facsimile:  (916) 443-9017
24                                           wmanley@rmmenvirolaw.com
                                             cwilkins@rmmenvirolaw.com
25                                           *Counsel for Defendants and Real Parties in Interest
                                             Homewood Village Resorts, LLC and JMA Ventures,*
26                                           *LLC*

27

28                                           3

*STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND*
*SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT*
NO.: 2:12-CV-00044-WBS-CKD

1  s/ Wendy S. Park (as authorized on 7/11/12)
TRENT W. ORR, State Bar No. 77656

2  WENDY S. PARK, State Bar No. 237331
Earthjustice

3  50 California Street, Suite 500
San Francisco, CA 94111

4  Tel: (415) 217-2000
Fax: (415) 217-2040

5  torr@earthjustice.org

6  wpark@earthjustice.org
*Counsel for Plaintiffs Sierra Club and Friends of the*

7  *West Shore*

8  MICHAEL LOZEAU, State Bar No. 142893
Lozeau Drury LLP

9  410 12th Street, Suite 250
Oakland, CA 94607

10  Tel: (510) 836-4200
Fax: (510) 836-4205

11  michael@lozeaudrury.com

12  *Counsel for Plaintiff Friends of the West Shore*

13  /s/ Andrew B. Sabey (as authorized on 7/11/12)
JOHN L. MARSHALL, State Bar No. 145570

14  SCOTT LICHTIG, State Bar No. 243520
Tahoe Regional Planning Agency

15  P.O. Box 5310
Stateline, Nevada 89449

16  Telephone: (775) 588-4547
Facsimile: (775) 588-4527

17  jmarshall@trpa.org

18  slichtig@trpa.org

19  ANDREW B. SABEY, State Bar No. 160416

20  SCOTT B, BIRKEY, State Bar No. 209981
COX, CASTLE & NICHOLSON LLP

21  555 California Street, 10th Floor
San Francisco, California 94104-1513

22  Telephone: (415) 262-5100
Facsimile: (415) 262-5199

23  asabey@coxcastle.com

24  sbirkey@coxcastle.com

25  *Counsel for Defendant Tahoe Regional Planning*

26  *Agency*

27  /s/ Karin E. Schwab (as authorized on 7/11/12)
VALERIE D. FLOOD, State Bar No. 126639

28  4

*STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND*
*SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT*
NO.: 2:12-CV-00044-WBS-CKD

1

KARIN E. SCHWAB, State Bar No.  157779
Placer County Counsel's Office
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
VFlood@placer.ca.gov
KSchwab@placer.ca.gov

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, it is ORDERED as follows:

1.  TRPA's Administrative Record shall be composed of the documents separately submitted by TRPA and all documents in the County's administrative record excluding those documents identified in the index attached hereto as Exhibit A.

2.  Plaintiffs' Motion to Exclude Extra-Record Evidence from Tahoe Regional Planning Agency's Administrative Record" (Doc. No. 28) is withdrawn and the July 30, 2012 hearing is vacated.

3.  Plaintiffs shall file their motion for summary judgment no later than August 9, 2012.

4.  Defendants shall file their cross-motions for summary judgment and oppositions to plaintiffs' motion for summary judgment no later than September 7, 2012.

5.  Plaintiffs shall file their reply to defendants' oppositions to the motion for summary judgment and oppositions to cross-motions for summary judgment no later than October 5, 2012.

6.  Defendants shall file their replies to plaintiffs' oppositions to cross-motions for summary judgment no later than October 26, 2012.

7.  The parties shall lodge the joint appendix, which shall include hard copies of excerpts of those portions of the record cited in support of the parties' cross motions for summary judgment, with the Court no later than October 30, 2012.

8.  The hearing on the cross-motions for summary judgment shall be continued from November 14, 2012 at 9:00 a.m. to December 5, 2012 at 9:00 a.m.

9.  Except as ordered herein the Status (Pretrial Scheduling) Order remains in place.

**IT IS SO ORDERED**.

DATED: July 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that a true and correct copy of the foregoing will be e-filed on July 11,

3  2012, and will be automatically served upon counsel of record, all of whom appear to be

4  subscribed to receive notice from the ECF system.

5

6                                    /s/ Howard F. Wilkins III
                                     HOWARD F. WILKINS III, State Bar No. 203083
7                                    Remy Moose Manley, LLP
                                     455 Capitol Mall, Suite 210
8                                    Sacramento, CA 95814
                                     Telephone: (916) 443-2745
9                                    Facsimile:  (916) 443-9017
                                     cwilkins@rmmenvirolaw.com
10

11                                   Attorneys for Defendants and Real Parties in Interest
                                     HOMEWOOD VILLAGE RESORTS, LLC and
12                                   JMA VENTURES, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                7

*STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION TO EXCLUDE EXTRA-RECORD EVIDENCE AND*
*SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT*
No.: 2:12-CV-00044-WBS-CKD