TRENT W. ORR (State Bar No. 77656)
WENDY S. PARK (State Bar No. 237331)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
wpark@earthjustice.org; torr@earthjustice.org

*Counsel for Plaintiffs Sierra Club and
Friends of the West Shore*

MICHAEL LOZEAU (State Bar No. 142893)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
michael@lozeaudrury.com

*Counsel for Plaintiff Friends of the West Shore*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, and BOARD OF SUPERVISORS OF THE COUNTY OF PLACER,<br><br>Defendants,<br><br>vs.<br><br>HOMEWOOD VILLAGE RESORTS, LLC and JMA VENTURES, LLC,<br><br>Defendants and<br>Real Parties in Interest. | Civ. No. 2:12-CV-00044-WBS-CKD<br><br>**STIPULATION FOR LEAVE TO FILE CORRECTED OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**and**<br><br>**[PROPOSED] ORDER**<br><br>Date:   December 5, 2012<br>Time:   9:00 a.m.<br>Place:  Courtroom 5<br>Judge:  Hon. William B. Shubb |

STIPULATION FOR LEAVE TO FILE CORRECTED BRIEF ISO MSJ — 2:12-CV-00044-WBS-CKD

WHEREAS,

1. On August 9, 2012, Plaintiffs Sierra Club and Friends of the West Shore ("plaintiffs") filed their Motion for Summary Judgment and Opening Brief in Support of Motion for Summary Judgment (Doc. 40-1, "Brief"), per the Court's July 13, 2012 Order on Briefing Schedule (Doc. 38);

2. Since the filing of the Brief, plaintiffs have identified several inadvertent errors in the Brief that, once corrected, would point the Court to plaintiffs' intended references and would allow the Court to more easily follow plaintiffs' argument;

3. None of the corrections would change or add to the substance of plaintiffs' argument;

THEREFORE, the parties hereby stipulate that plaintiffs shall be allowed to file a Corrected Brief, attached hereto as Exhibit A, with the following corrections:

a. On page 3, footnote 3, line 28, deletion of an erroneous reference to "plaintiffs' Request for Judicial Notice," and replacement with reference to "Exhibit 1 to the Declaration of Wendy S. Park ("Park Decl.")."

b. On page 8, line 7, correction of the inadvertent transposition of the words "325" and "of."

c. On page 21, lines 17-18, correction of the phrase "which a 'no amendments' alternative have avoid," to "which a 'no amendments' alternative would have avoided."

d. On page 34, line 5, insertion of an inadvertently omitted parenthesis after the word "vegetation."

e. On page 36, line 15, deletion of an erroneous reference to Code section "22.7" and replacement with "22.4.G."

DATED: August 16, 2012          Respectfully submitted,

/s/ Wendy S. Park
TRENT W. ORR
WENDY S. PARK
Earthjustice

*Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

MICHAEL LOZEAU
Lozeau Drury LLP
*Counsel for Plaintiff Friends of the West Shore*

/s/ John L. Marshall (authorized 8/15/2012)
JOHN L. MARSHALL
SCOTT LICHTIG
Tahoe Regional Planning Agency

ANDREW B. SABEY
SCOTT B. BIRKEY
Cox, Castle & Nicholson, LLP

*Counsel for Defendant Tahoe Regional Planning Agency*

/s/ Karin E. Schwab (authorized 8/15/2012)
VALERIE D. FLOOD
KARIN E. SCHWAB
Placer County Counsel's Office

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

/s/ Howard F. Wilkins III (authorized 8/15/2012)
WHITMAN F. MANLEY
HOWARD F. WILKINS III
Remy Moose Manley, LLP

*Counsel for Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC*

## ORDER

IT IS SO ORDERED.  Plaintiffs are granted leave to file a Corrected Opening Brief in Support of Motion for Summary Judgment, as identified in Exhibit A.

DATED:   August 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE