JAMES L. PORTER, JR. – SBN 56387
**PORTER SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:    (530) 587-2002
Facsimile:    (530) 587-1316

Attorneys for *Amicus Curiae*
SIERRA BUSINESS COUNCIL,
a California nonprofit corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, and BOARD OF SUPERVISORS OF THE COUNTY OF PLACER,<br><br>        Defendants,<br><br>HOMEWOOD VILLAGE RESORTS, LLC, a Delaware limited liability company; JMAVENTURES, LLC, a California limited liability company; and DOES 51-100, inclusive,<br><br>        Defendants and<br>        Real Parties in Interest | Civ. No.:  2:12-CV-00044-WBS-CKD<br><br>**ORDER GRANTING APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTURES, LLC**<br><br>Courtroom.:   5<br>Judge:   Hon. William B. Shubb |

{00302113.DOC 1 }

**LAW OFFICE OF**
**PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile:  (530) 587-1316

1   The application of SIERRA BUSINESS COUNCIL for permission to appear and file a
2   brief as *amicus curiae* having been read and filed, and good cause appearing therefore,
3   IT IS HEREBY ORDERED that SIERRA BUSINESS COUNCIL be, and hereby is,
4   permitted to file a brief as *amicus curiae* herein;
5   IT IS HEREBY ORDERED that the *amicus curiae* brief be served on all the parties to
6   this appeal by September 14, 2012; and
7   PERMISSION IS HEREBY GRANTED to any party to serve and file an answering brief
8   by October 12, 2012.

10  DATED:   September 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00302113.DOC 1 }

LAW OFFICE OF
PORTER · SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile:  (530) 587-1316