1  JAMES L. PORTER, JR. – SBN 56387
2  **PORTER SIMON**
   Professional Corporation
3  40200 Truckee Airport Road
   Truckee, CA 96161
4  Telephone:     (530) 587-2002
   Facsimile:      (530) 587-1316
5
6  Attorneys for *Amicus Curiae*
   SIERRA BUSINESS COUNCIL,
7   a California nonprofit corporation
8
9                    UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
                      SACRAMENTO DIVISION
11
12  SIERRA CLUB and FRIENDS OF THE          )
13  WEST SHORE,                              )
                                             )
14          Plaintiffs,                      )     Civ. No.: 2:12-CV-00044-WBS-CKD
                                             )
15       vs.                                 )     **ORDER GRANTING APPLICATION
                                             )     BY SIERRA BUSINESS COUNCIL
16  TAHOE REGIONAL PLANNING                  )     FOR LEAVE TO FILE *AMICUS
17  AGENCY, COUNTY OF PLACER, and            )     CURIAE* BRIEF IN SUPPORT OF
    BOARD OF SUPERVISORS OF THE              )     DEFENDANTS TAHOE REGIONAL
18  COUNTY OF PLACER,                        )     PLANNING AGENCY, COUNTY OF
                                             )     PLACER, BOARD OF SUPERVISORS
19          Defendants,                      )     OF THE COUNTY OF PLACER,
                                             –)    HOMEWOOD VILLAGE RESORTS,
20                                           )     LLC AND JMA VENTURES, LLC**
21                                           )
    HOMEWOOD VILLAGE RESORTS, LLC,           )
22  a Delaware limited liability company;    )     Courtroom.:   5
    JMAVENTURES, LLC, a California limited   )     Judge:   Hon. William B. Shubb
23  liability company; and DOES 51-100,      )
24  inclusive,                               )
            Defendants and                   )
25          Real Parties in Interest         )
26  _____      )
27
28
    {00302113.DOC 1 }

PROPOSED ORDER FOR APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE AS *AMICUS CURIAE* IN
SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER AND REAL PARTIES IN INTEREST
HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTURES, LLC

**LAW OFFICE OF
PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile: (530) 587-1316

1    The application of SIERRA BUSINESS COUNCIL for permission to appear and file a

2  brief as *amicus curiae* having been read and filed, and good cause appearing therefore,

3    IT IS HEREBY ORDERED that SIERRA BUSINESS COUNCIL be, and hereby is,

4  permitted to file a brief as *amicus curiae* herein;

5    IT IS HEREBY ORDERED that the *amicus curiae* brief be served on all the parties to

6  this appeal by September 14, 2012; and

7    PERMISSION IS HEREBY GRANTED to any party to serve and file an answering brief

8  by October 12, 2012.

9

10    DATED:   September 12, 2012

11

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00302113.DOC 1 }

PROPOSED ORDER FOR APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE AS *AMICUS CURIAE* IN
SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER AND REAL PARTIES IN INTEREST
HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTUES, LLC

**LAW OFFICE OF
PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile: (530) 587-1316