1  JAMES L. PORTER, JR. – SBN 56387
**PORTER SIMON**
2  Professional Corporation
3  40200 Truckee Airport Road
Truckee, CA 96161
4  Telephone:      (530) 587-2002
Facsimile:       (530) 587-1316
5

6  Attorneys for *Amicus Curiae*
SIERRA BUSINESS COUNCIL,
7  a California nonprofit corporation

8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, and BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, <br><br> Defendants, <br><br>―――――――――――――――― <br> HOMEWOOD VILLAGE RESORTS, LLC, a Delaware limited liability company; JMA VENTURES, LLC, a California limited liability company; and DOES 51-100, inclusive, <br><br> Defendants and <br> Real Parties in Interest | Civ. No.:  2:12-CV-00044-WBS-CKD <br><br> **ORDER FOR AMENDED APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE AMENDED *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTURES, LLC** <br><br> Courtroom.:   5 <br> Judge:   Hon. William B. Shubb |

{00305331.DOC 1 }

**LAW OFFICE OF**
**PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile:  (530) 587-1316

The application of SIERRA BUSINESS COUNCIL for permission to appear and file an amended brief as *amicus curiae* having been read and filed, and good cause appearing therefore,

IT IS HEREBY ORDERED that SIERRA BUSINESS COUNCIL be, and hereby is, permitted to file an amended brief as *amicus curiae* herein;

IT IS HEREBY ORDERED that the amended *amicus curiae* brief be served on all the parties to this appeal by September 14, 2012; and

PERMISSION IS HEREBY GRANTED to any party to serve and file an answering brief by October 12, 2012.

DATED: September 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00305331.DOC 1 }

**LAW OFFICE OF PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile: (530) 587-1316

PAGE 2
PROPOSED ORDER FOR APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER AND REAL PARTIES IN INTEREST HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTURES, LLC