1   JAMES L. PORTER, JR. – SBN 56387
2   **PORTER SIMON**
    Professional Corporation
3   40200 Truckee Airport Road
    Truckee, CA 96161
4   Telephone:    (530) 587-2002
    Facsimile:     (530) 587-1316
5

6   Attorneys for  *Amicus Curiae*
    SIERRA BUSINESS COUNCIL,
7    a California nonprofit corporation

8

9                   UNITED STATES DISTRICT COURT
10           FOR THE EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
11

12   SIERRA CLUB and FRIENDS OF THE     )    Civ. No.:  2:12-CV-00044-WBS-CKD
13   WEST SHORE,                        )
                                        )    **ORDER FOR AMENDED**
14           Plaintiffs,                )    **APPLICATION BY SIERRA**
                                        )    **BUSINESS COUNCIL FOR LEAVE TO**
15           vs.                        )    **FILE AMENDED *AMICUS CURIAE***
                                        )    **BRIEF IN SUPPORT OF**
16   TAHOE REGIONAL PLANNING            )    **DEFENDANTS TAHOE REGIONAL**
17   AGENCY, COUNTY OF PLACER, and      )    **PLANNING AGENCY, COUNTY OF**
     BOARD OF SUPERVISORS OF THE        )    **PLACER, BOARD OF SUPERVISORS**
18   COUNTY OF PLACER,                  )    **OF THE COUNTY OF PLACER,**
                                        )    **HOMEWOOD VILLAGE RESORTS,**
19           Defendants,                )    **LLC AND JMA VENTURES, LLC**
20                                      )
     _____)
21                                      )    Courtroom.:    5
22   HOMEWOOD VILLAGE RESORTS, LLC,     )    Judge:   Hon. William B. Shubb
     a Delaware limited liability company; JMA )
23   VENTURES, LLC, a California limited )
     liability company; and DOES 51-100, )
24   inclusive,                         )
                 Defendants and         )
25               Real Parties in Interest )
26                                      )
     _____)
27

28   {00305331.DOC 1 }
    _____
                                    PAGE 1
    PROPOSED ORDER FOR APPLICATION BY SIERRA BUSINESS COUNCIL FOR LEAVE TO FILE AS *AMICUS CURIAE* IN
    SUPPORT OF DEFENDANTS TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER AND REAL PARTIES IN INTEREST
                    HOMEWOOD VILLAGE RESORTS, LLC AND JMA VENTURES, LLC

**LAW OFFICE OF**
**PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile: (530) 587-1316

1   The application of SIERRA BUSINESS COUNCIL for permission to appear and file an

2   amended brief as *amicus curiae* having been read and filed, and good cause appearing therefore,

3   IT IS HEREBY ORDERED that SIERRA BUSINESS COUNCIL be, and hereby is,

4   permitted to file an amended brief as *amicus curiae* herein;

5   IT IS HEREBY ORDERED that the amended *amicus curiae* brief be served on all the

6   parties to this appeal by  September 14, 2012; and

7   PERMISSION IS HEREBY GRANTED to any party to serve and file an answering brief

8   by October 12, 2012.

9

10   DATED:  September 13, 2012

11

12

WILLIAM B. SHUBB
13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00305331.DOC 1 }

**LAW OFFICE OF
PORTER · SIMON**
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone:(530) 587-2002
Facsimile: (530) 587-1316