1  TRENT W. ORR (State Bar No. 77656)
   WENDY S. PARK (State Bar No. 237331)
2  Earthjustice
   50 California Street, Suite 500
3  San Francisco, CA  94111
   Tel: (415) 217-2000
4  Fax: (415) 217-2040
   torr@earthjustice.org; wpark@earthjustice.org
5
   *Counsel for Plaintiffs Sierra Club and Friends*
6  *of the West Shore*

7  MICHAEL LOZEAU (State Bar No. 142893)
   Lozeau Drury LLP
8  410 12th Street, Suite 250
   Oakland, CA 94607
9  Tel: (510) 836-4200
   Fax: (510) 836-4205
10 michael@lozeaudrury.com

11 *Counsel for Plaintiff Friends of the West Shore*

12
                    UNITED STATES DISTRICT COURT
13            FOR THE EASTERN DISTRICT OF CALIFORNIA
                      SACRAMENTO DIVISION
14

15
   SIERRA CLUB and FRIENDS OF THE WEST  )  Civ. No. 2:12-CV-00044-WBS-CKD
16 SHORE,                               )
                                        )
17          Plaintiffs,                 )
                                        )
18       vs.                            )  STIPULATION AND [~~PROPOSED~~] ORDER
                                        )  TO RESCHEDULE PLAINTIFFS' MOTION
19 TAHOE REGIONAL PLANNING AGENCY,      )  FOR ATTORNEYS' FEES AND COSTS
   COUNTY OF PLACER, and BOARD OF       )
20 SUPERVISORS OF THE COUNTY OF         )
   PLACER,                              )
21                                      )
            Defendants,                 )
22                                      )
         vs.                            )
23                                      )
   HOMEWOOD VILLAGE RESORTS, LLC and    )
24 JMA VENTURES, LLC,                   )
                                        )
25          Defendants and             )
            Real Parties in Interest.   )
26 _____  )

27

28

Stipulation & [Proposed] Order to Reschedule Pls.' Mtn. for Attorney's Fees  – Case No. 2:12-CV-00044-WBS-CKD   1

Plaintiffs Sierra Club and Friends of the West Shore ("Plaintiffs") and Defendants Tahoe Regional Planning Agency ("TRPA"), County of Placer and Board of Supervisors of the County of Placer (collectively "County"), Homewood Village Resorts, LLC, and JMA Ventures, LLC ("Defendants"), through their undersigned attorneys, respectfully submit this Stipulation and [Proposed] Order to reset Plaintiffs' hearing for their attorney's fees and costs motion for February 24, 2014. As grounds for this Stipulation and [Proposed] Order, Plaintiffs and Defendants state as follows:

(1)     On January 4, 2013, this Court granted in part and denied in part Plaintiffs' motion for summary judgment and enjoined Defendants from constructing the Homewood Ski Area Master Ski Plan ("Project"), which would expand the Homewood Mountain Resort, in Homewood California on the west shore of Lake Tahoe. (Dkt. No. 69.)

(2)     On March 27, 2013 Plaintiffs filed a motion for their attorney's fees and costs in the litigation. The motion was set for May 6, 2013.

(3)     Since that time, Plaintiffs and defendants Homewood Village Resorts, LLC and JMA Ventures, LLC (collectively "JMA") have engaged in settlement negotiations to avoid further litigation over the Project and to resolve Plaintiffs' attorney's fees motion.

(4)     To facilitate resolution of both the Project issues and the attorney's fees motion in one settlement agreement, Plaintiffs have postponed the hearing date for the attorney's fees motion several times. (*See* Dkt. Nos. 81, 83-87).

(5)     On October 3, 2013, Plaintiffs filed their sixth amended notice of motion for attorney's fees and costs, rescheduling the October 21 hearing on the motion for November 18, 2013. (Dkt. No. 87.)

(6)     Thereafter, the Court informed all parties by e-mail that any further continuances on the hearing date must be made by proper stipulation and proposed order, with a reason for the continuance stated in the stipulation.

(7)     Plaintiffs and JMA have made significant progress in resolving the Project issues and Plaintiffs' attorney's fees and costs claims.  Plaintiffs and JMA have reached agreement regarding the basic framework for settlement.  The basic framework for settlement includes resolution of

Plaintiffs' motion for an award of attorneys' fees.  Plaintiffs and JMA have worked diligently on drafting and negotiating a written agreement memorializing these terms.  Plaintiffs and JMA need additional time to reach agreement on the written agreement.  Plaintiffs and JMA are optimistic that they can reach agreement in the near term.  If Plaintiffs and JMA reach agreement, a hearing on Plaintiffs' fee motion will not be required.

(8)     All parties agree that rescheduling the hearing for February 24, 2014 should allow the parties sufficient time to complete settlement negotiations and finalize a settlement agreement.

(9)     The proposed rescheduling of the hearing date requested by this Stipulation and [Proposed] Order will not prejudice any party and will promote the efficient use of judicial resources and the resources of the parties.

For all of these reasons, Plaintiffs and Defendants respectfully request that this Court approve the Stipulation through the [Proposed] Order below.


DATED: October 31, 2013                    Respectfully submitted,


                                           /s/ Wendy S. Park
                                           TRENT W. ORR
                                           WENDY S. PARK
                                           *Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

                                           MICHAEL LOZEAU
                                           *Counsel for Plaintiff Friends of the West Shore*

                                           /s/ Andrew B. Sabey (authorized 10/31/13)
                                           JOHN L. MARSHALL
                                           Tahoe Regional Planning Agency

                                           ANDREW B. SABEY
                                           SCOTT B. BIRKEY
                                           Cox, Castle & Nicholson, LLP

                                           *Counsel for Defendant Tahoe Regional Planning Agency*


                                           /s/ Karin E. Schwab (authorized 10/31/13)
                                           VALERIE D. FLOOD
                                           KARIN E. SCHWAB
                                           Placer County Counsel's Office

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

/s/ Howard F. Wilkins III (authorized 10/31/13)
WHITMAN F. MANLEY
HOWARD F. WILKINS III
Remy Moose Manley, LLP

*Counsel for Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC*

## ORDER

Good cause having been shown, the Stipulation is approved. Plaintiffs' motion for attorney's fees and costs is reset for February 24, 2014 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  November 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE