1   TRENT W. ORR (State Bar No. 77656)
    WENDY S. PARK (State Bar No. 237331)
2   Earthjustice
    50 California Street, Suite 500
3   San Francisco, CA  94111
    Tel: (415) 217-2000
4   Fax: (415) 217-2040
    torr@earthjustice.org; wpark@earthjustice.org
5
    *Counsel for Plaintiffs Sierra Club and Friends*
6   *of the West Shore*

7   MICHAEL LOZEAU (State Bar No. 142893)
    Lozeau Drury LLP
8   410 12th Street, Suite 250
    Oakland, CA 94607
9   Tel: (510) 836-4200
    Fax: (510) 836-4205
10  michael@lozeaudrury.com

11  *Counsel for Plaintiff Friends of the West Shore*

12
                    UNITED STATES DISTRICT COURT
13            FOR THE EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
14

15
    SIERRA CLUB and FRIENDS OF THE WEST  )   Civ. No. 2:12-CV-00044-WBS-CKD
16  SHORE,                               )
                                         )
17            Plaintiffs,                )
                                         )
18       vs.                             )   STIPULATION AND [~~PROPOSED~~] ORDER
                                         )   TO STAY PLAINTIFFS' MOTION FOR
19  TAHOE REGIONAL PLANNING AGENCY,      )   ATTORNEYS' FEES AND COSTS
    COUNTY OF PLACER, and BOARD OF       )
20  SUPERVISORS OF THE COUNTY OF         )
    PLACER,                              )
21                                       )
              Defendants,                )
22                                       )
         vs.                             )
23                                       )
    HOMEWOOD VILLAGE RESORTS, LLC and    )
24  JMA VENTURES, LLC,                   )
                                         )
25            Defendants and            )
              Real Parties in Interest. )
26  _____ )

27

28

1    Plaintiffs Sierra Club and Friends of the West Shore ("Plaintiffs") and Defendants Tahoe

2    Regional Planning Agency ("TRPA"), County of Placer and Board of Supervisors of the County of

3    Placer (collectively "County"), Homewood Village Resorts, LLC, and JMA Ventures, LLC

4    ("Defendants"), through their undersigned attorneys, respectfully submit this Stipulation and

5    [Proposed] Order to stay Plaintiffs' hearing for their attorney's fees and costs motion currently set

6    for February 24, 2014 until August 4, 2014. As grounds for this Stipulation and [Proposed] Order,

7    Plaintiffs and Defendants state as follows:

8    (1)    On January 4, 2013, this Court granted in part and denied in part Plaintiffs' motion

9    for summary judgment and enjoined Defendants from constructing the Homewood Ski Area Master

10   Ski Plan ("Project"), which would expand the Homewood Mountain Resort, in Homewood

11   California on the west shore of Lake Tahoe. (Dkt. No. 69.)

12   (2)    On March 27, 2013 Plaintiffs filed a motion for their attorney's fees and costs in the

13   litigation. The motion was set for May 6, 2013.

14   (3)    Since that time, Plaintiffs and defendants Homewood Village Resorts, LLC and JMA

15   Ventures, LLC (collectively "JMA") have engaged in settlement negotiations to avoid further

16   litigation over the Project and to resolve Plaintiffs' attorney's fees motion.

17   (4)    To facilitate resolution of both the Project issues and the attorney's fees motion in one

18   settlement agreement, Plaintiffs have postponed the hearing date for the attorney's fees motion a

19   number of times. (*See* Dkt. Nos. 81, 83-88).

20   (5)    On January 27, 2014, JMA and plaintiffs entered into a settlement agreement

21   regarding the project ("project settlement agreement").

22   (6)    Because the County could not be a party to the project settlement agreement, the

23   parties decided to enter into a separate "side agreement" settling plaintiffs' costs and fees claims.

24   (6)    JMA, the County, and Plaintiffs have drafted the side agreement, but need additional

25   time to finalize the agreement and obtain all parties' signatures to the agreement.

26   (7)    The side agreement will require JMA to pay plaintiffs $275,000 on or before July 26,

27   2014, after which all parties would be released from plaintiffs' claims for attorney's fees and costs

28

and plaintiffs would be required to withdraw the pending attorney's fees motion within seven days of receiving payment.

(8)     The agreement contemplates that if JMA does not make the required payment by this date, the parties will not be released from plaintiffs' claims for attorney's fees and costs, and plaintiffs would be able to proceed with their attorney's fees motion.

(9)     All parties agree that staying the motion until August 4, 2014 would allow sufficient time to finalize the side agreement and fulfill the terms of the side agreement.

(10)    The proposed stay of the motion requested by this Stipulation and [Proposed] Order will not prejudice any party and will promote the efficient use of judicial resources and the resources of the parties.

For all of these reasons, Plaintiffs and Defendants respectfully request that this Court approve the Stipulation through the [Proposed] Order below.

DATED: February 10, 2014                    Respectfully submitted,


/s/ Wendy S. Park
TRENT W. ORR
WENDY S. PARK
*Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

MICHAEL LOZEAU
*Counsel for Plaintiff Friends of the West Shore*

/s/ Andrew B. Sabey (authorized 2/10/14)
JOHN L. MARSHALL
Tahoe Regional Planning Agency

ANDREW B. SABEY
SCOTT B. BIRKEY
Cox, Castle & Nicholson, LLP

*Counsel for Defendant Tahoe Regional Planning Agency*


/s/ Karin E. Schwab (authorized 2/10/14)
VALERIE D. FLOOD
KARIN E. SCHWAB
Placer County Counsel's Office

1

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

2

3   /s/ Howard F. Wilkins III (authorized 2/10/14)
    WHITMAN F. MANLEY

4   HOWARD F. WILKINS III
    Remy Moose Manley, LLP

5

*Counsel for Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC*

6

7

8                              **ORDER**

9          Good cause having been shown, the Stipulation is approved. Plaintiffs' motion for attorney's

10  fees and costs is stayed until August 4, 2014.   The February 24, 2014 hearing date is vacated.  If

11  Plaintiffs' motion for attorney's fees and costs is not withdrawn by this date, Plaintiffs will be

12  allowed to re-notice their motion for attorney's fees and costs for a new hearing date.

13

14         IT IS SO ORDERED.

15  Dated:  February 10, 2014

16                                   WILLIAM B. SHUBB

17                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28