TRENT W. ORR (State Bar No. 77656)
WENDY S. PARK (State Bar No. 237331)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
torr@earthjustice.org; wpark@earthjustice.org

*Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

MICHAEL LOZEAU (State Bar No. 142893)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
michael@lozeaudrury.com

*Counsel for Plaintiff Friends of the West Shore*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE, <br><br> Plaintiffs, <br><br> vs. <br><br> TAHOE REGIONAL PLANNING AGENCY, COUNTY OF PLACER, and BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, <br><br> Defendants, <br><br> vs. <br><br> HOMEWOOD VILLAGE RESORTS, LLC and JMA VENTURES, LLC, <br><br> Defendants and Real Parties in Interest. | Civ. No. 2:12-CV-00044-WBS-CKD <br><br><br><br> STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |

Plaintiffs Sierra Club and Friends of the West Shore ("Plaintiffs") and Defendants Tahoe Regional Planning Agency ("TRPA"), County of Placer and Board of Supervisors of the County of Placer (collectively "County"), Homewood Village Resorts, LLC, and JMA Ventures, LLC ("Defendants"), through their undersigned attorneys, respectfully submit this Stipulation and [Proposed] Order to withdraw Plaintiffs' motion for their attorney's fees and costs, currently set for August 4, 2014. As grounds for this Stipulation and [Proposed] Order, Plaintiffs and Defendants state as follows:

(1) On January 4, 2013, this Court granted in part and denied in part Plaintiffs' motion for summary judgment and enjoined Defendants from constructing the Homewood Ski Area Master Ski Plan ("Project"), which would expand the Homewood Mountain Resort, in Homewood California on the west shore of Lake Tahoe. (Dkt. No. 69.)

(2) On March 27, 2013 Plaintiffs filed a motion for their attorney's fees and costs in the litigation. (Dkt. 80.)

(3) Thereafter, the parties engaged in settlement negotiations to avoid further litigation over the Project and to resolve Plaintiffs' attorney's fees motion.

(4) To facilitate settlement of the Project issues and plaintiffs' attorney's fees motion in one settlement agreement, Plaintiffs postponed the hearing date for the attorney's fees motion a number of times. (*See* Dkt. Nos. 81, 83-88).

(5) On January 27, 2014, JMA and Plaintiffs entered into a settlement agreement regarding the project.

(6) On March 12, 2014, JMA and Plaintiffs entered into a side agreement requiring JMA to pay plaintiffs $275,000 on or before July 26, 2014, after which all parties would be released from plaintiffs' claims for attorney's fees and costs and Plaintiffs would be required to withdraw the pending attorney's fees motion within seven days of receiving payment.

(7) On February 11, 2014, the Court entered an order and stipulation staying Plaintiffs' motion for attorney's fees until August 4, 2014 to facilitate the terms of this agreement.

(8) JMA timely paid Plaintiffs' claims for attorney's fees and costs on July 24, 2014.

(9)     Plaintiffs hereby withdraw their motion for attorney's fees and costs, per the terms of the March 12, 2014 side agreement, and the parties request that the Court vacate the August 4, 2014 hearing date.

(10)    The withdrawal of the motion noticed by this Stipulation and [Proposed] Order will not prejudice any party and will promote the efficient use of judicial resources and the resources of the parties.

For all of these reasons, Plaintiffs and Defendants respectfully request that this Court approve the Stipulation through the [Proposed] Order below.

DATED: July 28, 2014                    Respectfully submitted,

/s/ Wendy S. Park
TRENT W. ORR
WENDY S. PARK
*Counsel for Plaintiffs Sierra Club and Friends of the West Shore*

MICHAEL LOZEAU
*Counsel for Plaintiff Friends of the West Shore*

/s/ John L. Marshall (authorized 7/28/14)
JOHN L. MARSHALL
Tahoe Regional Planning Agency

ANDREW B. SABEY
SCOTT B. BIRKEY
Cox, Castle & Nicholson, LLP

*Counsel for Defendant Tahoe Regional Planning Agency*

/s/ Karin E. Schwab (authorized 7/28/14)
VALERIE D. FLOOD
KARIN E. SCHWAB
Placer County Counsel's Office

*Counsel for Defendants County of Placer and Board of Supervisors of the County of Placer*

/s/ Howard F. Wilkins III (authorized 7/28/14)
WHITMAN F. MANLEY
HOWARD F. WILKINS III
Remy Moose Manley, LLP

*Counsel for Defendants and Real Parties in Interest Homewood Village Resorts, LLC and JMA Ventures, LLC*

## ORDER

Good cause having been shown, the Stipulation is approved. Plaintiffs' motion for attorney's fees and costs is hereby withdrawn. The August 4, 2014 hearing date is vacated.

IT IS SO ORDERED.

Dated: July 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE